April 2, 2013.

Christopher A. FINGER, Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD, Respondent.

No. 2012–3122.

United States Court of Appeals, Federal Circuit.

April 4, 2013.

Taniel E. Anderson, Arent Fox LLP, of Washington, DC, argued for petitioner. With him on the brief was Anthony W. Shaw.

Sara B. Rearden, Attorney, Office of the General Counsel, Merit Systems Protection Board, of Washington, DC, argued for respondent. With her on the brief were James M. Eisenmann, General Counsel, and Keisha Dawn Bell, Deputy General Counsel. Of counsel was Antonia Ramos Soares, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC.

RADER, Chief Judge, LOURIE, and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. See Fed. Cir. R. 36.**